IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAPAT NABAYA, | : | |
| Petitioner | : | CIVIL NO. 3:18-CV-0829 |
| v. | : | (Judge Caputo) |
| D. WHITE, WARDEN | : | |
| Respondent | : | |

**O R D E R**

**AND NOW**, this **29th** day of **MARCH 2019**, it is **ORDERED** that:

1. Petitioner's motion (ECF No. 3) for appointment of counsel is **DENIED**.

2. Petitioner may file a reply to Respondent's Response to the Petition for Writ of Habeas Corpus (ECF No. 8) by **Monday, April 15, 2019**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**