# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAPAT NABAYA, | : | |
| Petitioner | : | CIVIL NO. 3:18-CV-0829 |
| v. | : | (Judge Caputo) |
| D. WHITE, WARDEN | : | |
| Respondent | : | |

# O R D E R

**AND NOW**, this **12th** day of **APRIL 2019**, IT IS HEREBY ORDERED THAT:

1. Petitioner's motion for an evidentiary hearing (ECF No. 9) is denied without prejudice.

2. Petitioner's motion for summary judgment (ECF No. 10) is denied.

3. Petitioner's motion to amend (ECF No. 13) is denied.

4. On or before Tuesday, May 7, 2019, Petitioner may file a reply to the Government's response to his habeas corpus petition.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**