# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAPAT NABAYA,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:18-0829 |
| v. | : | (Judge Mannion) |
| **D. WHITE,** | : | |
| Respondent | : | |

# O R D E R

**AND NOW**, this **8th** day of **APRIL 2020**, in accordance with the Memorandum issued this same day, it is **ORDERED** that:

1. The petition for writ of habeas corpus (Doc. 1) is dismissed.

2. Petitioner's motion for summary judgment (Doc. 21) is dismissed as moot.

3. Petitioner's motion to transfer (Doc. 24) is denied.

4. The Clerk of Court is directed to close this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

18-0829-01 order